BENJAMIN B. WAGNER
United States Attorney
KYLE REARDON
MATTHEW MORRIS
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700
(916) 448-2900 FAX

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JERRY EDWARD KUWATA,<br>MICHAEL DENNIS MAUPIN,<br>SCOTT HAMILTON DURHAM,<br>CHRISTOPHER WARREN MACQUEEN,<br>DOUGLAS ARTHUR JOHNSON, and<br>ANTHONY VINCENT ZITO,<br><br>Defendant. | CASE NO.  2:11-CR-429 KJM<br><br>**STIPULATION AND PROPOSED PROTECTIVE ORDER FOR PROTECTED INFORMATION PURSUANT TO FED. R. CRIM. P. 16** |

Plaintiff United States of America, by and through its attorneys of record, Assistant United States Attorney KYLE REARDON and MATTHEW MORRIS, and defendants JERRY EDWARD KUWATA, MICHAEL DENNIS MAUPIN, SCOTT HAMILTON DURHAM, CHRISTOPHER WARREN MACQUEEN, DOUGLAS ARTHUR JOHNSON, and ANTHONY VINCENT ZITO, both individually and by and through their counsels of record, hereby stipulate as follows:

1. The discovery in this case is voluminous, and portions of the discovery contain personal information including, but not limited to, residential addresses, social security numbers, telephone

numbers, and email addresses (hereinafter "Protected Information").

2. In the absence of a protective order, numerous redactions would be necessary to avoid the unauthorized disclosure or dissemination of Protected Information to individuals not party to the court proceedings in this matter.

3. By this stipulation, the parties jointly request that the Court issue a protective order pursuant to Rule 16(d) of the Federal Rules of Criminal Procedure and its general supervisory authority.

4. The Protective Order applies to all discovery containing Protected Information. Discovery that does not contain Protected Information is not subject to the Protective Order.

5. Defense counsel shall not give documents that contain Protected Information (or copies of such documents) to any person other than the defendant, the defendant's spouse, counsel's staff, investigator(s), or retained expert(s). The terms "staff," "investigator," and "expert" shall not be construed to describe any defendant or other person not: (1) regularly employed by counsel, or (2) hired by counsel as an independent contractor to work exclusively on this case, (3) licensed as an investigator, or (4) retained as an expert. The defendant, the defendant's spouse, and defense counsel's staff, contractor(s), investigator(s), and expert(s) shall not give documents that contain Protected Information (or copies of such documents) to any person. Copies of documents in which Protected Information has been redacted may be given to outside parties.

///
///
///
///
///

6. Nothing in this stipulation will be construed to prevent defense counsel, counsel's staff, investigator(s), or expert(s) a reasonable opportunity to prepare.

IT IS SO STIPULATED.

DATED: October 26, 2011                 Respectfully Submitted,

                                        BENJAMIN B. WAGNER
                                        United States Attorney


                                    By: */s/ Kyle Reardon*
                                        KYLE REARDON
                                        MATTHEW MORRIS
                                        Assistant U.S. Attorney

                                        Attorneys for Plaintiff
                                        UNITED STATES OF AMERICA

DATED: October 26, 2011                 */s/ Kyle Reardon for*
                                        KRESTA DALY
                                        Attorney for KUWATA

DATED: October 26, 2011                 */s/ Kyle Reardon for*
                                        DAVID W. DRATMAN
                                        Attorney for MAUPIN

DATED: October 26, 2011                 */s/ Kyle Reardon for*
                                        WILLIAM PORTANOVA
                                        Attorney for DURHAM

DATED: October 26, 2011                 */s/ Kyle Reardon for*
                                        MALCOLM SEGAL
                                        Attorney for MACQUEEN

DATED: October 26, 2011                 */s/ Kyle Reardon for*
                                        THOMAS JOHNSON
                                        Attorney for JOHNSON

////

////

////

DATED: October 26, 2011         _/s/ Kyle Reardon for_____
                                MARKS WERKSMAN
                                Attorney for ZITO

**O R D E R**

Approved and so ordered.

DATED:   October 27, 2011       _____
                                EDMUND F. BRENNAN
                                UNITED STATES MAGISTRATE JUDGE