1  BENJAMIN B. WAGNER
   United States Attorney
2  KYLE REARDON
   MATTHEW MORRIS
3  Assistant U.S. Attorneys
   501 I Street, Suite 10-100
4  Sacramento, CA  95814
   (916) 554-2700
5  (916) 554-2900 FAX

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:11-CR-00429 KJM |
| Plaintiff, | |
| v. | STIPULATION AND ORDER CONTINUING SENTENCING |
| JERRY EDWARD KUWATA, | |
| Defendant. | Date: April 16, 2013<br>Time: 9:45 a.m.<br>Court: Hon. John A. Mendez |

The parties request that the sentencing hearing set for Tuesday, April 16, 2013, at 9:45 a.m., be continued to Tuesday, September 10, 2013, at 9:45 a.m. The defendant has pleaded guilty and is cooperating with the United States in its ongoing investigation and prosecution of this case. The continuance is necessary in order to allow the defendant to continue his cooperation, and for the United States to be able to provide a reasoned sentencing recommendation based upon all of the relevant factors in this case, including the defendant's cooperation.

///

///

///

///

In addition, a presentence report has not yet been completed by the United States Probation Office.

IT IS SO STIPULATED.

DATED: April 10, 2013						Respectfully Submitted,

								BENJAMIN B. WAGNER
								United States Attorney

							By:	*/s/ Kyle Reardon*
								KYLE REARDON
								MATTHEW MORRIS
								Assistant U.S. Attorneys

								Attorneys for Plaintiff
								UNITED STATES OF AMERICA

DATED: April 10, 2013						*/s/ Kyle Reardon for*
								KRESTA DALY
								Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JERRY EDWARD KUWATA,<br><br>Defendant. | CASE NO. 2:11-CR-00429 KJM<br><br>**ORDER CONTINUING SENTENCING**<br><br>Date: April 16, 2013<br>Time: 9:45 a.m.<br>Court: Hon. John A. Mendez |

For the reasons stated in the parties' stipulation and proposed order, the request to continue the sentencing hearing set for April 16, 2013, until September 10, 2013, is granted.

IT IS SO ORDERED.

DATED: 4/10/2013

/s/ John A. Mendez
JOHN A. MENDEZ
United States District Court Judge