| | |
|---|---|
| 1 | BENJAMIN B. WAGNER<br>United States Attorney |
| 2 | KYLE REARDON<br>Assistant United States Attorney |
| 3 | 501 I Street, Suite 10-100<br>Sacramento, CA 95814 |
| 4 | (916) 554-2700<br>(916) 554-2900 FAX |
| 5 | |
| 6 | Attorneys for Plaintiff<br>United States of America |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CASE NO. 2:11-CR-00429 JAM |
|---|---|
| Plaintiff, | ) |
| v. | ) **MOTION TO DISMISS INDICTMENT**<br>) **AND ORDER DISMISSING** |
| SCOTT HAMILTON DURHAM, | ) **INDICTMENT** |
| Defendant. | ) |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, Plaintiff, United States of America, by and through its undersigned attorney, hereby files this motion and proposed order dismissing the pending indictment against defendant SCOTT HAMILTON DURHAM in the above-captioned matter. The United States also asks that the status conference set for August 27, 2013, be vacated.

Dated: August 16, 2013              Respectfully submitted,

                                                          BENJAMIN B. WAGNER<br>
                                                          United States Attorney

                                       By: */s/ Kyle Reardon*<br>
                                             KYLE REARDON<br>
                                             Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:11-CR-00429 JAM |
| Plaintiff, | |
| v. | **ORDER** |
| SCOTT HAMILTON DURHAM, | |
| Defendant. | |

The United States' motion to dismiss the pending indictment against defendant SCOTT HAMILTON DURHAM in case number 2:11-CR-00429 JAM is granted. The status conference set for August 27, 2013, is hereby vacated.

APPROVED AND SO ORDERED.

Dated: 8/19/2013

/s/ John A. Mendez
JOHN A. MENDEZ
United States District Court Judge