BENJAMIN B. WAGNER
United States Attorney
KYLE REARDON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
(916) 554-2700
(916) 554-2900 FAX

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:11-CR-00429 JAM |
| Plaintiff, | |
| v. | **AMENDED MOTION TO DISMISS INDICTMENT AND ORDER DISMISSING INDICTMENT** |
| SCOTT HAMILTON DURHAM, | |
| Defendant. | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, Plaintiff, United States of America, by and through its undersigned attorney, hereby files this amended motion and proposed order dismissing the indictment with prejudice against defendant SCOTT HAMILTON DURHAM in the above-captioned matter. The United States also asks that the status conference set for August 27, 2013, be vacated.

DATED: August 20, 2013            Respectfully submitted,

                                  BENJAMIN B. WAGNER
                                  United States Attorney

                              By: */s/ Kyle Reardon*
                                  KYLE REARDON
                                  Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:11-CR-00429 JAM |
| Plaintiff, | |
| v. | **ORDER** |
| SCOTT HAMILTON DURHAM, | |
| Defendant. | |

The United States' amended motion to dismiss the pending indictment with prejudice against defendant SCOTT HAMILTON DURHAM in case number 2:11-CR-00429 JAM is granted. The status conference set for August 27, 2013, is hereby vacated.

Dated: 8/20/2013

/s/ John A. Mendez
JOHN A. MENDEZ
United States District Court Judge